IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN JEAN, | No. 4:20-CV-01722 |
| Plaintiff, | (Judge Brann) |
| v. | |
| BUCKNELL UNIVERSITY, *et al.*, | |
| Defendants. | |

## ORDER

**MARCH 8, 2021**

**BACKGROUND:**

Plaintiff has filed a motion for leave to file a surreply in response to Defendant Bucknell University's motion to dismiss. Upon consideration of this motion (Doc. 52), the Court will deny Plaintiff's motion. The information referenced by Plaintiff appears better-suited to inclusion in an amended pleading than to discussion in a surreply brief.

**THEREFORE**, **IT IS HEREBY ORDERED** that Plaintiff's motion for leave to file a surreply brief in opposition to Bucknell University's motion to dismiss (Doc. 52) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge