IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN JEAN, | No. 4:20-CV-01722 |
| Plaintiff, | (Judge Brann) |
| v. | |
| BUCKNELL UNIVERSITY, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 16th day of April 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motions to compel (Doc. 14, Doc. 16, Doc. 46) are **DENIED**.

2. Defendant William Babcock's motion to stay discovery (Doc. 30) is **DENIED as moot**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge