IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN JEAN, | No. 4:20-CV-01722 |
| Plaintiff, | (Judge Brann) |
| v. | |
| BUCKNELL UNIVERSITY, *et al.*, | |
| Defendants. | |

**ORDER**

**AND NOW**, this 16th day of April 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Bucknell University's motion to dismiss (Doc. 23) is **GRANTED**.

2. Plaintiff may file an amended complaint within fourteen days on or before April 30, 2021. If no amended complaint is filed by that date, counts I, IV, and VI against Bucknell only will be summarily dismissed pursuant to Fed. R. Civ. P. 41(b).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge