UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN JEAN : | |
| : | No.: 4:20-cv-01772-MWB |
| vs. : | |
| : | |
| BUCKNELL UNIVERSITY; NATIONAL : | |
| FRATERNITY OF KAPPA DELTA RHO; : | ANSWER TO CROSSCLAIMS |
| KAPPA DELTA RHO-IOTA CHAPTER; : | |
| WILLIAM C. BABCOCK; DILLON DUTTERA : | |
| and NICHOLAS ZANGHETTI : | |

### DEFENDANT, NICHOLAS ZANGHETTI'S ANSWER TO DEFENDANT, DILLON DUTTERA'S CROSSCLAIMS

Defendant, Nicholas Zanghetti (hereinafter "Answering Defendant") by and through their attorneys, Bardsley, Benedict + Cholden, LLP hereby submits his Answer to Defendant, Dillon Duttera's Crossclaims.

### CROSSCLAIMS OF DEFENDANT, DILLON DUTTERA, AGAINST DEFENDANTS, BUCKNELL UNIVERSITY, NATIONAL FRATERNITY OF KAPPA DELTA RHO, KAPPA DELTA RHO, IOTA CHAPTER, WILLIAM C. BABCOCK, AND NICHOLAS ZANGHETTI

1. Denied. Answering Defendant, Nicholas Zanghetti, specifically denies he was negligent and/or careless.

2. Denied.

WHEREFORE, Answering Defendant, Nicholas Zanghetti, respectfully requests this Honorable Court grant judgment in his favor, and against Plaintiff and/or Co-Defendants together with costs, attorney's fees and other such relief as the Court deems appropriate.

Respectfully submitted,

**BARDSLEY, BENEDICT + CHOLDEN, LLP**

By: *Andrew R. Benedict*
     Andrew R. Benedict, Esquire

By: *Sharon Piper*
     Sharon Piper, Esquire

Bardsley Benedict + Cholden, LLP
Attorney Nos.: 87939/81714
1600 Market Street, Suite 1310
Philadelphia, PA 19103
P (215) 977-4133
F (267) 699-3833
abenedict@bbclawfirm.com
spiper@bbclawfirm.com

Date: May 25, 2021

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN JEAN | : |
| | : No.: 4:20-cv-01772-MWB |
| vs. | : |
| | : |
| BUCKNELL UNIVERSITY; NATIONAL FRATERNITY OF KAPPA DELTA RHO; KAPPA DELTA RHO-IOTA CHAPTER; WILLIAM C. BABCOCK; DILLON DUTTERA and NICHOLAS ZANGHETTI | : CERTIFICATE OF SERVICE |

I, Sharon Piper, Esquire, hereby certify that on this 25th day of May, 2021, a true and correct copy of Defendant, Nicholas Zanghetti's Replies to Cross Claims was sent via electronic mail to all counsel of record.

**BARDSLEY, BENEDICT + CHOLDEN, LLP**

By: *Sharon Piper*
    Sharon Piper, Esquire