# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN JEAN<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUCKNELL UNIVERSITY, NATIONAL FRATERNITY OF KAPPA DELTA RHO, KAPPA DELTA RHO – IOTA CHAPTER, WILLIAM C. BABCOCK, DILLON DUTTERA and NICHOLAS ZANGHETTI<br>　　　　Defendants | NO. 4:20-CV-01722 |

## [PROPOSED] ORDER

AND NOW, on this _____ day of _____, 20_____, after consideration of Defendant Bucknell University's Motion to Dismiss Plaintiff's Amended Complaint and Plaintiff's Response in Opposition, it is ORDERED that Defendant's Motion is DENIED.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.

# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN JEAN<br><br>           Plaintiff,<br><br>v.<br><br>BUCKNELL UNIVERSITY, NATIONAL FRATERNITY OF KAPPA DELTA RHO, KAPPA DELTA RHO – IOTA CHAPTER, WILLIAM C. BABCOCK, DILLON DUTTERA and NICHOLAS ZANGHETTI<br>           Defendants | NO. 4:20-CV-01722 |

**PLAINTIFF JOHN JEAN'S RESPONSE IN OPPOSITION TO DEFENDANT BUCKNELL UNIVERSITY'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

    Plaintiff, John Jean, by and through his counsel, files this Opposition to Defendant Bucknell University's Motion to Dismiss Plaintiff's Amended Complaint. In support, Plaintiff submits and relies on the attached Memorandum of Law, which shows that Plaintiff has pleaded valid claims against Defendant Bucknell. Specifically, under the facts of this case, Defendant Bucknell owed a duty to Plaintiff and Plaintiff pleaded valid claims of negligence, negligence *per se* and hazing against Defendant.

    WHEREFORE, Plaintiff respectfully requests that the Court deny Defendant's Motion to Dismiss and allow Plaintiff's claims to proceed to discovery.

**FREIWALD LAW, P.C.**

By: _____
AARON J. FREIWALD, ESQUIRE
LAURA E. LAUGHLIN, ESQUIRE

Dated: <u>May 26, 2021</u>     Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN JEAN<br><br>    Plaintiff,<br><br>v.<br><br>BUCKNELL UNIVERSITY, NATIONAL FRATERNITY OF KAPPA DELTA RHO, KAPPA DELTA RHO – IOTA CHAPTER, WILLIAM C. BABCOCK, DILLON DUTTERA and NICHOLAS ZANGHETTI<br><br>    Defendants | NO. 4:20-CV-01722 |

## **CERTIFICATE OF SERVICE**

I, Aaron J. Freiwald, Esquire, hereby certify that a copy of the Plaintiff's Response in Opposition to Defendant Bucknell University's Motion to Dismiss Plaintiff's Amended Complaint was served by electronic filing upon the following:

Michael E. Baughman, Esquire
Adam Martin, Esquire
Troutman Pepper
Suite 200, 100 Market Street
P.O. Box 1181
Harrisburg, PA 17108-1181

Andrew Benedict Esquire
Sharon Piper, Esquire
Bardsley, Benedict & Cholden, LLP
1600 Market Street, Suite 1310
Philadelphia, PA 19103

Harry T. Coleman Esquire
Owen M. Coleman, Esquire
Law Office of Harry T. Coleman
41 N. Main Street
3rd Floor, Suite 316
Carbondale, PA 18407

E. Laurence Kates, Esquire
Mintzer Sarowitz Zeris Ledva & Myers
1500 Market Street, Suite 4100
Philadelphia, PA 19102

Genevieve E. Barr, Esquire
O'Donnel & Barr Law Group, LLP
11 Carlisle Street, Suite 301
Hanover, PA 17331

Justin Tomevi, Esquire
Barley Snyder
100 East Market Street
York, PA 17101

Gary L. Weber, Esquire
Jessica L. Harlow, Esquire
Mitchell Gallagher, P.C.
10 West Third Street
Williamsport, PA 17701

National Fraternity of Kappa Delta RHO
331 South Main Street
Greensburg, PA 15601

_____
AARON J. FREIWALD, ESQUIRE

Dated:  May 26, 2021