# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-1964

John Jean v. Bucknell University, et al

(U.S. District Court No.: 4-20-cv-01722)

## ORDER

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 22, 2022

kr/pdb cc:  Michael E. Baughman, Esq.
            Harry T. Coleman, Esq.
            Aaron J. Freiwald, Esq.
            Laura E. Laughlin, Esq.
            Dana Livingston, Esq.
            Adam R. Martin, Esq.
            Jennifer A. Riso, Esq.
            Mr. Peter J. Welsh, Clerk

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate